

EXHIBIT 2

**Levy Mantooth, PLLC**
4508 South Tonti Street, New Orleans, Louisiana 70125
Telephone: (504) 655-3228 • Fax: (504) 814-1518

Calcasieu Parish Clerk of Court
1000 Ryan Street
Lake Charles, LA 70601

March 27, 2019

Dear Clerk of Court,

Enclosed please find four copies of a civil lawsuit entitled *Habli R., LLC v. Nationwide Insurance Company, Scottsdale Insurance Company, and Louisiana Companies, Inc.* together with a money order in the amount of Five-Hundred Fifty Dollars to cover filing and service fees.

Sincerely Yours,

Daniel E. Levy

CALCASIEU CLERK-COST
MAR 27 2019 AM11:12:59

CMS6399041
Filing Date: 03/27/2019 12:00 AM
Page Count: 1
Case Number: 2019-001493
Document Name: LETTER

Carole B LeBlanc

**14th JUDICIAL DISTRICT COURT FOR THE PARISH OF CALCASIEU**

**STATE OF LOUISIANA**

**NO:** 2019-1493 **DIVISION:** H

**HABLI R., LLC**

**VERSUS**

**NATIONWIDE INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, and LOUISIANA COMPANIES, INC.**

**FILED** **DEPUTY CLERK**

SCANNED

APR - 8 2019

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes **HABLI R., LLC**, a limited liability corporation authorized to do and doing business in the Parish of Calcasieu, State of Louisiana, and respectfully represent as follows:

1.

Made defendant herein is **NATIONWIDE INSURANCE COMPANY** (hereinafter referred to as "Nationwide"), upon information and belief, an Ohio corporation, authorized to do and doing business under the laws of the State of Louisiana. This Court jurisdiction over this defendant via the Long-arm Statute.

CALCASIEU CLERK-COST
MAR 27 2019 AM11:13:09

2.

Made defendant herein is **SCOTTSDALE INSURANCE COMPANY** (hereinafter referred to as "Scottsdale"), upon information and belief, a Delaware corporation authorized to do and doing business in the State of Louisiana. This Court jurisdiction over this defendant via the Long-arm Statute.

3.

Made defendant herein is **LOUISIANA COMPANIES, INC.** (hereinafter referred to as "Louisiana Companies"), upon information and belief, a Louisiana corporation authorized to do and doing business in the State of Louisiana.

4.

The Court has jurisdiction over the defendants in this matter and venue is proper because the damages giving rise to the instant petition occurred within the jurisdiction of this court.

PROCESSED

Date:

5.

At all times material hereto, **HABLI R., LLC** maintained a policy of insurance with the named defendants, numbered CPS3026133 (hereinafter referred to as the "Policy"), which Policy covered the business premises and business personal property.

03-27-19
11064989
$550.00

CMS6399042
Filing Date: 03/27/2019 12:00 AM
Case Number: 2019-001493
Document Name: PETITION
Page Count: 3

6.

**HABLI R., LLC** purchased the subject policy through a broker, **LOUISIANA COMPANIES, INC.** At the time of purchase **LOUISIANA COMPANIES, INC.** assured the plaintiff that the recommended policy, which the plaintiff ultimately purchased, would meet his needs, namely: that the policy would offer protections both for the building itself and for its contents. It was based on these representations that the plaintiff agreed to purchase the subject policy.

7.

On or about March 29, 2018, an accident occurred whereby two vehicles collided with the covered premises at 801 E Prien Lake Rd., Lake Charles, Louisiana 70601, causing damage to an exterior wall of the covered building, including a plate glass window, which left additional covered property within the building at risk of loss.

8.

On or about April 9, 2018, plaintiff sent email correspondence to Sarah Broussard at Louisiana Companies to address the delay in processing his timely made claim, which delay had now stretched into its eleventh day. Plaintiff urged defendant Louisiana Companies that further delay may expose additional covered properties within the premises to risk of loss.

9.

On or about April 14, 2018, while the plaintiff's claim remained in processing, rain entered through the damaged exterior of the covered premises, causing additional covered losses in the interior. The Policy covered losses to business personal property located in the interior of the premises caused by rain, when the premises had first sustained covered damage to its "roof or walls through which the rain…enters"

10.

Plaintiff then entered a claim for the additional losses to the covered business personal property inside of the premises, which included the covered category of "stock." "Stock" is unambiguously defined in the Policy as "merchandise held for storage or sale…"

11.

Defendants improperly denied Plaintiff coverage occasioned by a covered loss. Plaintiff's losses to his merchandise within the premises amounted to a total wholesale cost of Ninety-Three Thousand Three-Hundred Dollars and Fifty Cents ($93,300.50).

**WHEREFORE**, Plaintiff prays that after all due proceedings had, there be judgment in its favor and against the defendants, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, for all general and equitable relief in the premises.

Respectfully Submitted,
**LEVY MANTOOTH, PLLC**

**DANIEL E. LEVY (#35884)**
**MARK A. MANTOOTH (#35222)**
4508 S. Tonti St.
New Orleans, LA 70125
Telephone: (504) 655-3228
Facsimile: (504) 814-1518
*Attorneys for Plaintiffs*

**PLEASE SERVE:**

**LOUISIANA COMPANIES**
801 North Blvd.
Baton Rouge, Louisiana 70802

**SCOTTSDALE INSURANCE COMPANY**
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**NATIONWIDE INSURANCE COMPANY**
Agent: Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: LOUISIANA COMPANIES
801 NORTH BLVD
Baton Rouge, LA 70802

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

________________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401701*

Filing Date: 04/05/2019 12:22 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ File Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY



14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: LOUISIANA COMPANIES
801 NORTH BLVD
Baton Rouge, LA 70802

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401701*

Filing Date: 04/05/2019 12:22 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Original Copy ]
CMS0085



Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: LOUISIANA COMPANIES
801 NORTH BLVD
Baton Rouge, LA 70802

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of __________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF ______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

*CMS6401701*

Filing Date: 04/05/2019 12:22 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Service Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: NATIONWIDE INSURANCE COMPANY
through LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401710*

Filing Date: 04/05/2019 12:25 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ File Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: NATIONWIDE INSURANCE COMPANY
through LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

*CMS6401710*

Filing Date: 04/05/2019 12:25 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Original Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: NATIONWIDE INSURANCE COMPANY
through LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401710*

Filing Date: 04/05/2019 12:25 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Service Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401705*

Filing Date: 04/05/2019 12:24 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ File Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $___________ BY: ______________________________
Deputy Sheriff

MILEAGE $___________

TOTAL $___________

Party No. P001

*CMS6401705*

Filing Date: 04/05/2019 12:24 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Original Copy ]
CMS0085

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

______________________________
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ___________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF _______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

*CMS6401705*

Filing Date: 04/05/2019 12:24 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Service Copy ]
CMS0085

Notice of Service

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO: DANIEL E LEVY
4508 S TONTI ST
New Orleans, LA 70125

Service issued to: LOUISIANA COMPANIES

Date of Service: 05/01/2019

Number of Service: 1

Personal/Domiciliary: PERSONAL SERVICE

Pleading served: 1600 CITATION

Issued by the Clerk of Court on the 20th day of May 2019.

Michelle Benoit
Deputy Clerk

*CMS6446928*

Filing Date: 04/05/2019 12:00 AM Page Count: 1
Case Number: 2019-001493
Document Name: Notice of Service

39.36
50.00

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: NATIONWIDE INSURANCE COMPANY
through LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of _______________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ____________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF ______________________ this ______ day of _______________ 20____

SERVICE $__________ BY: ____________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

I made service on the named party through the Office of the Secretary of State on
APR 24 2019
by tendering a copy of this document to
KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED APR 29 2019
Deputy Clerk of Court
Calcasieu Parish, Louisiana

SCANNED
APR 30 2019

C M S 6 4 0 1 7 1 0
Filing Date: 04/05/2019 12:25 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

[ Original Copy ]
CMS0085

Notice of Service

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO: DANIEL E LEVY
4508 S TONTI ST
New Orleans, LA 70125

Service issued to: NATIONWIDE INS CO

Date of Service: 04/24/2019

Number of Service: 1

Personal/Domiciliary: PERSONAL SERVICE

Pleading served: 1600 CITATION

Issued by the Clerk of Court on the 29th day of April 2019.

Katie Lovett

Katie Lovett
Deputy Clerk

*CMS6427886*

Filing Date: 03/27/2019 12:00 AM Page Count: 1
Case Number: 2019-001493
Document Name: Notice of Service

39.36
50.00

Citation

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
Baton Rouge, LA 70809

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of HABLI R LLC, (PETITION FOR DAMAGES) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 27th day of March 2019.

Issued and delivered April 5, 2019

Byron Wilkinson
Byron Wilkinson
Deputy Clerk of Court

SERVICE INFORMATION

Received on the ______ day of ________________ 20___, and on the ______ day of ________________ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named ______________________________

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of ____________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:
PARISH OF ______________________ this ______ day of ________________ 20____

SERVICE $__________ BY: ______________________________
Deputy Sheriff

MILEAGE $__________

TOTAL $__________

Party No. P001

I made service on the named party through the Office of the Secretary of State on
APR 24 2019
by tendering a copy of this document to
KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SCANNED
APR 30 2019

FILED APR 29 2019
Deputy Clerk of Court
Calcasieu Parish, Louisiana

CMS6401705
Filing Date: 04/05/2019 12:24 PM Page Count: 1
Case Number: 2019-001493
Document Name: Citation

| Original Copy |
CMS0085



Notice of Service

HABLI R LLC
VS. 2019-001493
NATIONWIDE INSURANCE COMPANY

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

TO: DANIEL E LEVY
4508 S TONTI ST
New Orleans, LA 70125

Service issued to: SCOTTSDALE INS CO

Date of Service: 04/24/2019

Number of Service: 1

Personal/Domiciliary: PERSONAL SERVICE

Pleading served: 1600 CITATION

Issued by the Clerk of Court on the 29th day of April 2019.

Katie Lovett

Katie Lovett
Deputy Clerk

*CMS6427879*

Filing Date: 03/27/2019 12:00 AM Page Count: 1
Case Number: 2019-001493
Document Name: Notice of Service